# United States Court of Appeals

## For the First Circuit

No. 05-2616

UNITED STATES OF AMERICA,

Appellee,

v.

STEVEN D. MUEFFELMAN,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nancy Gertner, U.S. District Judge]

ERRATA

The opinion of this court issued November 28, 2006, is amended as follows:

On page 2, line 1, replace "superceding" with "superseding."